UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSVEL ENRIQUE RAMOS RODRIGUEZ,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON,<br>Respondent. | Case No. 5:26-cv-06080-KES<br><br>ORDER GRANTING THE PETITION AND ORDERING PETITIONER'S RELEASE FROM CUSTODY |

On October 15, 2026, Yosvel Enrique Ramos Rodriguez ("Petitioner") filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition" at Dkt. 1), challenging Petitioner's detention by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). The parties have consented to the jurisdiction of the Magistrate Judge. (Dkt. 7.)

The Petition raises the following claims: (1) Unlawful detention without an individualized bond hearing; (2) Detention after being released on an order of supervision without notice or hearing in violation of Petitioner's due process rights; and (3) ICE has not provided him with a scheduled removal date or advised

him of travel arrangements to Cuba.

On October 16, 2026, the Court issued its Standing Order for § 2241 Immigration Petitions, which stated in relevant part:

> **Failing to file an answer by the due date—or filing an answer that fails to substantively respond to any claim in the petition—may result in the Court granting the petition or claim as unopposed.** … Based on conversations between leaders at the U.S. Attorney's Office and the district court, the Court understands that in some cases, the U.S. Attorney's Office intends to indicate its lack of opposition by filing neither a notice of appearance nor an answer. As a result, the Court will assume that the government's failure to file a timely notice of appearance and/or an answer was not inadvertent, and the Court will not sua sponte extend those deadlines.

(Dkt. 6.)

Respondent's response to the Petition was due by October 22, 2026. (Dkt. 4.) As of the date of this order, no response has been filed.

Based on the facts and law stated in the Petition, and in light of Respondent's lack of opposition, IT IS HEREBY ORDERED that:

1. Respondent shall **immediately release** Yosvel Enrique Ramos Rodriguez (A# 220-366-203) from custody.

2. Within **three days** of the date of this order, Respondent shall file a Notice of Release confirming Petitioner has been released from custody.

3. Respondent[1] shall not re-detain Petitioner without providing Petitioner

---

[1] The only Respondent named in this action is the warden of the ICE facility in Adelanto, California where Petitioner is being held. However, the prospective injunctive relief awarded in this order also binds Respondent's officers, agents, servants, employees, and attorneys, as well as other persons who are in active concert or participation with any of those people. See Fed. R. Civ. P. 65(d). This

a pre-detention hearing before a neutral decisionmaker where Respondent bears the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that Petitioner's physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.

4. Respondent shall not remove Petitioner to any country not specified in Petitioner's removal order unless they adhere to the following procedures:

a. Provide Petitioner a meaningful opportunity and a minimum of 10 days to raise a fear-based claim for protection prior to removal;

b. If Petitioner demonstrates a reasonable fear of removal to the third country, Respondent must move to reopen Petitioner's removal proceedings; and

c. If Petitioner is not found to have demonstrated a reasonable fear of removal to the third country, Respondent must provide a meaningful opportunity and a minimum of 15 days for Petitioner to seek reopening of Petitioner's immigration proceedings.

DATED: October 27, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

---

includes DHS and ICE.